**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6153

TERRANCE EDWARD HAMMOCK,

Plaintiff - Appellant,

v.

COMMISSIONER MELISSA HYATT; DETECTIVE C. PODGURSKI; RENEE DICKENS; MICHAEL FULLER; DAVID FUELINGER; OFFICER ALLEN; OFFICER MASTERS; DETECTIVE GENSEL; OFFICER NOPPINGER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:20-cv-02173-GJH)

Submitted:  July 21, 2022                        Decided:  July 26, 2022

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrance Edward Hammock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Edward Hammock appeals the district court's order dismissing his complaint as barred by *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Hammock's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
